UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

JOSE JIMENEZ,

              Supervisee.

No. 16-cr-206 (RJS)
ORDER



RICHARD J. SULLIVAN, Circuit Judge:

In light of Supervisee's request for early termination of his supervised release, IT IS HEREBY ORDERED THAT the parties shall appear for a conference on February 3, 2020 at 2:30 p.m. in Courtroom 11B of the Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, New York, 10007.

SO ORDERED.

Dated:     January 30, 2020
            New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation